IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE INDEPENDENT COLLEGES<br>AND UNIVERSITIES ASSOCIATION<br>BENEFIT CONSORTIUM, INC.,<br><br>    Plaintiff,<br>v.<br><br>COVENANT ADMINISTRATORS, INC.,<br><br>    Defendant. | Civil No. 3:07-1261<br>Judge Trauger |

## O R D E R

A telephone conference was held with counsel for the parties on April 9, 2010. They have made great progress but cannot resolve the last hurdle to a settlement. It is hereby

**ORDERED** that, by April 16, 2010, the parties shall file a joint statement indicating whether they wish to engage in private mediation in Nashville or Chattanooga or a judicial settlement conference/mediation with a magistrate judge in this district.

It is so **ORDERED**.

ENTER this 9th day of April 2010.

ALETA A. TRAUGER
U.S. District Judge